UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION          2006 OCT -3 PM 3: 25

Case No. 06-22458-CIV-LENARD

BANCO INTERCONTINENTAL, S.A.,
duly represented by La Comisión de Liquidación
Administrativa del Banco Intercontinental, S.A.,

   Plaintiff,

vs.

LUIS ALVAREZ RENTA, BANKINVEST S.A.,
INTERDUTY FREE, LTD., and WADEVILLE
INVESTMENTS, LTD.,

   Defendants.
_____/

BANCO INTERCONTINENTAL, S.A.,
duly represented by La Comisión de Liquidación
Administrativa del Banco Intercontinental, S.A.,

   Plaintiff,

vs.

LAR HOLDING, LTD. d/b/a LAR HOLDING, LTD.,
INC.

   Defendant.
_____/

**ORDER**
Granted ____
Denied ✓ as moot
Comments: Case transferred.
Dated: 10/4/04
_____
U. S. District Judge

## PLAINTIFF'S MOTION TO TRANSFER ACTION
## AND INCORPORATED MEMORANDUM OF LAW

  Plaintiff, Banco Intercontinental, S.A., a banking institution organized and established in accordance with the laws of the Dominican Republic, which is duly represented by La Comisión de Liquidación Administrativa del Banco Intercontinental, S.A., notifies the Court, all counsel of record and the Clerk, that a new case number was improperly assigned to this action, and Plaintiff moves to transfer this case to Judge Martinez in accordance with the Order he entered in Banco