UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22458-CIV-LENARD/TORRES[1]



BANCO INTERCONTINENTAL, S.A.,
duly represented by La Comision de
Liquidacion Administrativa del Banco
Intercontinental, S.A.,

    Plaintiff,

vs.

LAR HOLDING, LTD.,

    Defendant.
_____/

## CORRECTED ORDER OF TRANSFER

**THIS CAUSE** is before the Court on a <u>sua sponte</u> review of the record. Pursuant to Rule 3.9(A) of the Local Rules for the Southern District of Florida, and subject to the consent of Judge Jose E. Martinez, it is:

**ORDERED AND ADJUDGED** that the above-numbered case is transferred to the Calendar of the Honorable Jose E. Martinez for further proceedings. It is:

**FURTHER ORDERED** that all pleadings hereinafter filed in CASE NO. 06-22458-CIV-LENARD/TORRES shall bear the number and initials CASE NO. 06-22458-CIV-MARTINEZ, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

---

[1] Pursuant to Administrative Order 2006-18 and beginning July 24, 2006, Magistrate Judge Edwin G. Torres has been temporarily paired with Judge Lenard for all new case assignments, all new referrals in existing cases, and all matters previously referred to Magistrate Judge Theodore Klein.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___17_____ day of October, 2006.

*[signature]*
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Previously Filed Case: <u>Banco Intercontinental v. Luis Alvarez Renta, et al.</u>, Case No. 04-20727-CIV-MARTINEZ.

**THE FOREGOING** transfer is consented to this ___17___ day of October, 2006.

*[signature]*
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Edwin G. Torres

All Counsel of Record

**CASE NO. 06-22458-CIV-LENARD/TORRES**