UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  06-22458-CIV-MARTINEZ-BANDSTRA**

BANCO INTERCONTINENTAL, S.A.,

     Plaintiff,

vs.

LUIS ALVAREZ RENTA et. al.,

     Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE came before the Court upon *sua sponte* review of the record.  This case was opened in error.  A new case should not have been opened.  This complaint has already been filed in Case Number 04-20727-CIV.  *See* (D.E. Nos. 538, 636).  Therefore, it is hereby:

**ORDERED AND ADJUDGED** that

This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record